UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawn Ross, | 15-CV-0611 (PJS/TNL) |
| Plaintiff, | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO |
| v. | F.R.C.P. 41(a)(1)(A)(ii) |
| Officers Benjamin Chaput and William Martin, in their individual and official capacities as police officers for the City of Minneapolis, and the City of Minneapolis, | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

WHEREAS this lawsuit was brought against the correct municipality, but the incorrect agents thereof, and discovery having already proceeded past a point that it would be prejudicial to the parties to substitute the proper individual Defendants in this case;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed *with prejudice* against Defendants William Martin and Benjamin Chaput, and is dismissed *without prejudice* as against the City of Minneapolis, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 8, 2015                                   Dated: October 8, 2015

 s/Andrew Irlbeck                                              s/Gregory Sautter
**Andrew Irlbeck (392626)**                         **Gregory Sautter (326446)**
**Paul Applebaum (223098)**                        Assistant City Attorney
First National Bank Building                          City Hall, Room 210
Suite W1610                                                   350 South 5th Street
332 Minnesota Street                                      Minneapolis, MN 55415
St. Paul, MN 55101                                         (612) 673-3339
(651) 366-6909                                                *Attorney for Defendants*
*Attorneys for Plaintiff*